STATE EX REL. CITY OF MILWAUKEE, Respondent, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

*October 3—October 23, 1917.*

*Appeal: Former decision: Law of the case.*

The decision on a former appeal adhered to as the law of the case on all points involved on this appeal.

APPEAL from a judgment of the circuit court for Milwaukee county: OSCAR M. FRITZ, Circuit Judge. *Affirmed.*

The cause was submitted for the appellant on the brief of *Miller, Mack & Fairchild* of Milwaukee, and for the respondent on that of *Clifton Williams,* city attorney.

KERWIN, J. This case was here before on demurrer to the defendant's return to the alternative writ of *mandamus.*

*State ex rel. Milwaukee v. Milwaukee E. R. & L. Co.* 165 Wis. 230, 161 N. W. 745.

After filing the *remittitur,* the defendant having failed to plead further, judgment was entered in the circuit court for Milwaukee county directing the issuance of a peremptory writ of *mandamus* requiring the defendant to pave Center street from Teutonia avenue to Seventeenth street between the rails of its tracks therein and for one foot outside of each of the outside rails with asphalt upon a concrete foundation.

The judgment of this court on the former appeal is the law of the case under repeated decisions of this court. We therefore adhere to such decision as the law of this case on all points involved on this appeal. It follows, therefore, that the judgment below must be affirmed.

*By the Court.*—The judgment appealed from is affirmed.